LAW OFFICES OF CHRIS COSCA
CHRIS COSCA        CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
SHARON HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2: 10-cr-00299 EJG |
| Plaintiff, | **WAIVER OF APPEARANCE AS TO DEFENDANT SHARON HARRIS** |
| vs. | |
| SHARON HARRIS, | |
| Defendant. | |

    Defendant SHARON HARRIS hereby waives her right to be personally present in open court for the hearing of any status conference or other proceeding in this case, except that she agrees to be present for all hearings regarding motions, trial setting, trial confirmation, plea, sentencing and jury trial; defendant also agrees to be personally present in court when so ordered.

    Defendant hereby requests the court to proceed in her absence. She agrees that her interests will be deemed represented at all times by the presence of her undersigned attorney, the same as if she were personally present.

    Defendant further acknowledges that she has been informed of her rights under the

Speedy Trial Act (Title 18 U.S.C. Sections 3161 – 3174), and has authorized her attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without her being personally present.

Dated:  November 1, 2011                              Respectfully submitted,


                                                      /s/ Sharon Harris_____
                                                      SHARON HARRIS
                                                      Defendant


                                                       /s/ Chris Cosca    _____
                                                      CHRIS COSCA
                                                      Attorney for Defendant,
                                                      SHARON HARRIS

## **ORDER**

**IT IS SO ORDERD.**


Dated: November 3, 2011                               /s/ Edward J. Garcia
                                                      EDWARD J. GARCIA, JUDGE
                                                      UNITED STATES DISTRICT COURT