

FILED
OCT 01 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. S-10-299 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING INDICTMENT |
| SHARON HARRIS, | ) |
| Defendant. | ) |

For good cause shown, it is hereby ORDERED dismissing all charges in the second superseding indictment as to this defendant.

DATED: 10/1/12

_____
EDWARD J. GARCIA
U.S. DISTRICT JUDGE