1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN LEE
   KEVIN C. KHASIGIAN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:10-CR-00299-WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SETTLE THIRD PARTY CLAIM OF SHARON HARRIS TO SPECIFIED ASSET SUBJECT TO FORFEITURE FROM DEFENDANT JAMES HOWARD REDMILL |
| v. | |
| JAMES HOWARD REDMILL, et al., | |
| Defendants. | |
| SHARON HARRIS, | |
| Petitioner. | |

This stipulation is entered into between the United States of America and petitioner Sharon Harris as to her partial interest in the real property located at 8250 Wild Turkey Road, Igo, California, APN: 042-140-014-000, which was forfeited from defendant James Howard Redmill pursuant to a plea agreement filed on June 1, 2012, according to the following terms:

1. Following the entry of plea, the United States moved for a Preliminary Order of Forfeiture regarding the above-listed real property based on its connection to Redmill's drug violations.

2. On July13, 2012, the Court entered a Preliminary Order of Forfeiture, forfeiting Redmill's interest in real property located at 8250 Wild Turkey Road, Igo, California, APN: 042-140-

1. 014-000, based on the property's involvement in his drug conviction.

2. 3. On November 29, 2012, Sharon Harris, filed a Petition for an Ancillary Hearing regarding the real property located at 8250 Wild Turkey Road, Igo, California, APN: 042-140-014-000. Harris claimed she has owned the property jointly with defendant Redmill since January 22, 2005.

3. 4. No other party or entity has filed a petition asserting an interest in the real property, and the time in which any person or entity may file a petition has expired.

4. 5. Counsel for the United States and counsel for Sharon Harris have reached a settlement agreement regarding the real property and will file a Stipulation for Final Order of Forfeiture and Proposed Final Order of Forfeiture once James Howard Redmill has been sentenced. Defendant Redmill's sentencing is currently scheduled for May 12, 2014.

5. 6. The parties agree that it is not necessary for the Court to schedule an Ancillary Hearing in this case.

6. 7. All parties are to bear their own costs and attorneys' fees, if any.

Dated: March 2, 2014    BENJAMIN B. WAGNER
                        United States Attorney

                         /s/ Kevin C. Khasigian
                        KEVIN C. KHASIGIAN
                        Assistant U.S. Attorney

Dated: 3/7/14           /s/ Chris Cosca
                        CHRIS COSCA
                        Attorney for Petitioner Sharon Harris

**ORDER**

IT IS SO ORDERED.

Dated: March 11, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE